**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-4273**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY TOBIAS THOMPSON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-02-102)

─────────────

Submitted:  January 23, 2004          Decided:  February 10, 2004

─────────────

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Parks N. Small, Federal Public Defender, Columbia, South Carolina, for Appellant. J. Strom Thurmond, Jr., United States Attorney, Isaac Louis Johnson, Jr., Assistant United States Attorney, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Tobias Thompson seeks to appeal his conviction and sentence. In criminal cases, a defendant must file his notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, the district court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect or good cause. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its judgment on June 14, 2002. Thompson filed his notice of appeal on March 18, 2003, seeking a finding of excusable neglect. Because Thompson's notice was filed well beyond the periods specified in Rule 4(b), this court is without jurisdiction to consider his claims. See United States v. Raynor, 939 F.2d 191, 196 (4th Cir. 1991). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -